[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 444.]

THE STATE OF OHIO, APPELLANT, *v*. WILHELM, APPELLEE.

[Cite as *State v. Wilhelm*, 1998-Ohio-613.]

*Criminal law—Where police officer stops vehicle based on probable cause that traffic violation has occurred, the stop is not unreasonable under the Fourth Amendment to the United States Constitution.*

(No. 97-1054—Submitted March 4, 1998—Decided April 22, 1998.)

APPEAL from the Court of Appeals for Butler County, No. CA96-12-272.

————————————

*John F. Holcomb*, Butler County Prosecuting Attorney, *Daniel G. Eichel* and *Jeffrey P. Giuliano*, Assistant Prosecuting Attorneys, for appellant.

*Fred Miller*, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Dayton v. Erickson* (1996), 76 Ohio St.3d 3, 665 N.E.2d 1091.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals for the reasons stated in his dissenting opinion in *Dayton v. Erickson* (1996), 76 Ohio St.3d 3, 12-13, 665 N.E.2d 1091, 1098.

————————————